

In The

# Court of Appeals
## Seventh District of Texas at Amarillo

_____

No. 07-15-00097-CV
_____

IN THE INTEREST OF I.S.S. AND G.P.S, CHILDREN

On Appeal from the 320th District Court
Potter County, Texas
Trial Court No. 82,139-D; Honorable Don Emerson, Presiding

April 8, 2015

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant, Faustino Salinaz III, was found in contempt for failure to pay child support and was committed to 120 days in jail. A document entitled "Notice of Appeal" was filed in this Court.

Unless a party is excused from paying a filing fee, the Clerk of this Court is required to collect filing fees set by statute or the Texas Supreme Court when an item is presented for filing. See TEX. R. APP. P. 5 and 12.1(b). Although the filing of a proper

notice of appeal invokes this Court's jurisdiction, if a party fails to follow the prescribed rules of appellate procedure, the appeal may be dismissed. TEX. R. APP. P. 25.1(b).

By letter dated March 16, 2015, this Court advised Appellant that a filing fee of $195 was overdue and noted that failure to submit payment within ten days might result in dismissal of the appeal. Appellant has not responded, paid the filing fee, nor made other arrangements for the discharge of the clerk's filing fee. *See* TEX. R. APP. P. 12.1(b). Accordingly, this appeal is dismissed for failure to comply with a directive from this Court requiring action within a specified time. TEX. R. APP. P. 42.3(c).

Per Curiam